Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the Southern

District of Mississippi

Division Nothern

Jury Trial Demanded

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 12 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

John Ashley Hale

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

–v–

DR Patrick Arnold etal

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

Case No. 3:19cv813 TSL RAW

*(to be filled in by the Clerk's Office)*

Jury Trial Demanded

Offically and Individually

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                    John Ashley Hale

All other names by which you have been known:

ID Number                               # 24-720

Current Institution                     East Mississippi Corr Facility EMCF

Address                                 10641 Hwy 80 W,
                                        Meridian          MS      39307
                                        *City*           *State*      *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                    Dr Patrick Arnold

Job or Title *(if known)*               Medical Director

Shield Number

Employer                                Centurion Health – MDOC

Address                                 10641 Hwy 80 W,   EMCF,
                                        Meridian          MS      39307
                                        *City*           *State*      *Zip Code*

☑ Individual capacity        ☑ Official capacity

Defendant No. 2

Name                                    Dr John Doe, Psychiatrist

Job or Title *(if known)*               Mental Health Provider

Shield Number

Employer                                Centurion – MDOC

Address                                 EMCF 10641 Hwy 80 W
                                        Meridian          MS      39307
                                        *City*           *State*      *Zip Code*

☑ Individual capacity        ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name             *Jane Doe DP-N.P.*
    Job or Title *(if known)*  *Psychiatry, Mental Health Provider*
    Shield Number
    Employer        *Centurion — MDOC*
    Address         *EMCF 10641 Hwy 80 W*
                    *Meridian  MS  39307*
                      City      State   Zip Code
            ☑ Individual capacity   ☑ Official capacity

Defendant No. 4
    Name             *Centurion Health LLC,*
    Job or Title *(if known)*  *Contractor*
    Shield Number
    Employer        *Contractor*
    Address         *EMCF 10641 Hwy 80 W,*
                    *Meridian  MS  39307*
                      City      State   Zip Code
            ☐ Individual capacity   ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983...If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*The U.S.Constitutions 8th 14th 1st Amendments*
*The Americans With Disabilities Act As Amended*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*In 2008, A.D.A. A.A., The Mississippi Constitutions Require-*
*-ment of Humane Treatment and equal Protection, State*
*Law Torts of Reckless disregard, Intentional infliction of*

# Defendants Continued

(11) Govenor Phil Bryant    Mississippi's Chief executive Officer And Responsible for The faithful execution of The Laws of Mississippi and enforcement of The ADA & RA. As his Ultimate Responsibility.
P.O. Box 139
Jackson    MS    39205

(12) John & Jane Does    Correction officers MTC,    EMCF 10641 Hwy 80 W Meridian    MS    39307

(13). Jane Does Nurses    Centurion Of Mississippi LLC    Contract employees EMCF 10641 Hwy 80 W. Meridian Ms 39307

(14) Jane & John Doe Mental Health Providers Centurion of Ms, LLC    employees Contracted EMCF 10641 Hwy 80 W. Meridian Ms 39307

(15) Unit Manager Price    MTC employee EMCF 10641 Hwy 80. W Meridian Ms 39307

(3)(b)

Defendants Continued from Pg(3)

(5) DR Gloria Perry          Chief Medical
    633 N. State St.          Officer for M.D.O.C.
Jackson   Ms   39202

(6) Pelicia Hall,           Commissioner M.D.O.C
    633 N. State St          Jackson Ms 39202

(7) Jerry Williams          Deputy Commissioner for
    633 N. State st          Institutions
Jackson Ms 39202

(8) Steven Bonner           Chief Psychiatrist
    10641 Hwy 80 W.          E.M.C.F.
Meridian   Ms   39307.

(9) Management Training Corp (M.T.C) Contracted
    To Operate E.M.C.F Providing Care
Safety and Custody Of Prisoners Sentenced To
Serve Time in The M.D.O.C.

(10) Trinity food Service     SubContracted
     by M.T.C. [ Trinity Services Group Inc]
[Trinity]. 352 E. Woodrow Wilson Ave
        Jackson    Ms 39216

(3)(a)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

emotional distress, Medical Malpractice, violating Mississippi Vulnerable Person act M.SS Code $ 43-47-19(2)(a) (see) Attached continues.

Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(See) Statement of Claim

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Defendant DR Arnold has in A Continus

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

and ongoing Manner Denied Plaintiffs Requested Accommodations for his Major Bodily functions liver Function, Gastro intestinal, Spleen Gallbladder Attached statement of Claim *(2)* *(See)*

# Statment of Claim

(1) Defendants Denial of Plaintiffs Requested Accommodations have Caused the Plaintiff To Be Subjected To More Pain and Punishments Then Those Prisoners Who do not need Accommodations, for Their liver function Due To Hepatitis-C.

(2)    Defendants Centurion, DR Arnold, John And Jane Doe Mental Health providers Jane Doe Nurses and DR Steven Bonner Chief Phychigtrist have Refused To Consider or Provide Plaintiffs Requested Accommodations in Violation of The ~~ADAA~~. Said Denial Causes The 8th Amendment and 14th Amendment Of The U.S. Constitution, To be Violated And The Plaintiff To be Subjected To The Wanton Unnecassy Pain and Suffering Symtoms of A Degenritive Disc Disease, Chronic Depression, Anxiety, PTSD Symtoms, Denial of Accommodations Cause Plaintiff To Not Recieve The Benifts of The Prescription Medications needed To Control And Manage his Multapul disorders and disability's which exacerbates said DIO's

(3)   These Above Cited Defendants Are Contracte emplyees, Agents Of Centurion Contracted To Provide  Medical and Mental ✳ =

* And Mental health Care Services at E.M.C.F.

(3) Defendants have Subjected The Plaintiff To An Ongoing And Continuing Vi-olation of The 14th, 8th, & 1st Amendments of our U.S.Constitution., The Americans with Disabilities Act As Amended 2008, The Rehabil-itation act [A.D.A.A.A. R.A.]. State Law To-rts., State and federal elder and Vulnerable Persons Acts. Defendants Acts and omm-issions Are Ongoing And Continuing Violations in Reckless disregard of The Obligation To Provide Adequate Medical and Ment-al health Care. Their Obligation To pro-Vide Reasonable Accommodations Under The ADA and R.A. Their Obligation To Take pa-rt in An Interactive Process once The Request for Said accommodation has been Made.

(4) Defendant Arnold has Doggedly Persisted in his Custom Practice Policy---

(2)

---*** Of Denying Adequate Meaininful Access To The Prescriptions needed To adequately Manage And Controle Plaintiffs Significant Serious Daily Pain. Prescription Meds To Ac-

- Commodate Plaintiffs Liver function and operation Due To his Chronic Hepatitis-C [Hep-C]., And The litiny of other diagnos-

- ed Disorders ** (ie) spleenomelgy, Gall-

- Stones, Cholelithiasis, Furuculosis, Vitamin-D deficency. ** These Cited Above iss-

- ues Are all Problems Which Are Ine-

- xtricably Intertwined with The liver its operation and Function. Defendants Failure To Make Reasonable Accommodations To Said Liver Function Puts Plaintiff At Substantial Risk of Serious harm.__An Unexceptable Risk That offends The Evolving Standard Of decency That our Society finds Unexceptable Today.

(5) The liver is A Major Organ And its operation and Function is A_*

(3)

--*-- Major life Activity. ** The liver is
[*A Sine qua non*] it effects- Con-
-Trols Over 800 Other Bodily Functions.
    IT is Coverd By The A.D.A.AA and
Congresses Specific Intent 42 USC § 121-
O2 (2)(B) ** Our liver Takes Every Thing
That enters Our Body --*-- every Thing we eat,
-Drink, fumes We Breath, Even What is ab-
-Sorbed Through The Pores Of our Skin. And
Separates Sorts, And distributes [it] To Those
Other Organs To Use or eliminate As Need-
-ed. ** [it] Sends Protiens To Needed Tissue Ca-
-rbohydrates Where needed for energy. Vitamins
Where Thay are Needed [it] [The liver] elim-
inates The Worn out Blood Cells After [it]
Salvages Whats Usable for Recycling, and Then
eliminates The rest [it] Shares Responsibilities w-
-ith The Kidneys. [it] helps Control Thyroid horm-
-ons That Control Metabolism, Regulates Suger
levels for Proper energy Management. it Cre-
-ates Clotting factors in the Blood So We
Stop bleeding if Cut. [It] builds Reserves --*--
                    (4)

-* OF Vitamins (A)-(D)-(E)-(K) and (B) Plus Iron and Copper All While only Weighing No More Then (3) To (4) Pounds.

(6)    Plaintiffs Chronic Hep-c Was dia- -gnosed in 1997. ** In his V.A. Medical record Radiology Reports and Progress Notes on ☒ Seperate occasions Notes, Liver Shows Mild enlargement Ulta Sound Oct 9, 2002 New Orleans V.A. -- Impression Mild Hepato- Megally Abnormal -- Sep 6 2002 Progress note That AlphaFetoProtein is High. ___ [A.F.P.] This is A Tumor Marker Often indicative of liver Cancer When levels Are Vary elevated. In July 9, 2010 Assessm- -ent/evaluation By Shannon Ks fassell There is Also Notation That petitioner had been Recently Treated for enlargement Of The Spleen and gallstones (See) also Radiology Report -- Sonogram - Verified May 26, 2010 Noting The gallbadder demonstrates Mul- -Tiple hyperechoic Foci Consistent With ___*

(5)

__ * gallstones, and debris., There is No Evidence of Gallbladder Wall Thickening or Pericholecystic fluid. The Ultra-Sonographer reports Negative Sonographic Murphy Sign. Nomal Bile duct, Pancreas Nomal Within limits. ** The Spleen is enlor-ged [Measuring 12. 9CM.] Kidneys No-mal_ [Impression: ⁽¹⁾Cholelithiasis, ⁽²⁾SPl-enomegaly. Diagnostic Code Abnorma-lity Follow-up Needed. ** Radiology Report Dec. 15, 2012 CT ABD & Pe-lvis W/Contrast Notes liver is Some-What Prominent.

(7)    Plaintiffs Hep-C affects The Liver its operation and functions Wh-ich Then affects The Other Approximitly 800 Other functions That Are interrea-lated*[ inextricably interTwined ]*(ie) Kidney Function, Gallbladder, Spleen, Col-or, and So On. ** These Bodily Organs, Their functions and, operations Are __ *

Major Bodily functions for The Purp-
ose Of The ADA & RA., They Req-
uire Accommodation And, In Not
Providing Said Accommodations Defendants
Violate Plaintiffs Rights Under The 14th
And 8th Amendments Of Our U.S. Con-
stitution, Subjecting him To Unnessary
Substantial risk of Serious harm, The
Unnecessary infliction of Pain, Pain
That Can easly be Managed And Cont-
rolled.

(8) Plaintiffs Requsted Accomm-
odations Are Reasonable, Do Not Alter
The facilitys Operation or Progtaming And
Are Necessary To Provide Meaningful
Access The The Prescription program
That Provides Benifts Of Adequte Treat-
ment Of Plaintiffs Serious Medical
And Mental Health Needs.

Plaintiffs Liver function is Not
Only in need Of  (7) Accommodation. it

* is Also a Very Serious Medical need
And essential To Plaintiffs Physical health
And Well being. Which Hep-C Will Cause
Damage and insury To Over Time. Hep.
-C is The leading Cause of liver damage
Its Long Been Listed As A Serious Ph
-ysical impairment (** See *) Stedmans Medi-
-cal Dictionary 808 (27th ed. 2000) (Hepatitis-
-C is a Viral infection That Causes Progressive
imflamation Of The liver) **. Plaintiffs Hep-
C, As Cited Above Was Diagnosed in 1997, And is
Chronic, * Hepititis-C [is] a Chronic Viral
liver disease That Can lead To increased R-
isk Of liver Cancer and Can lead To imflam-
Mation, Scarring, and Cirrhosis Of The liver.
Cirrosis Ultimately Can lead To liver Failure.
and Death.

(9)      Defendants DR Arnold, DR
John Doe, And Jane Doe Mental health
Practioners and DR Seven Bonner...
(8)

* Chief Psychiatrist At E.M.C.F, Centurion Of Mississippi LLC, And Trinity Services Group Inc. have Violated Plaintiffs rights Under The Americans With disabilities act And Rehabilitation Act. A.D.A.AA, R.A.
The State of Mississippi Acepts Federal Funds To Subsidize or Partially fund Some of its Budget for The Operation of its Corectional System. And The State of Mississippi [is] Liabale To Plaintiff for Money Damages for Said Violations of Title II of The A.D.A & R.A. Due To The Defendants Under The A.D.A & R.A. Are ligble for The Acts And Omissions of Their emplyees, Contractors, Agents, As The public entity [is] Ligble For The Vicarious Acts of Any of its emplyees

(10) Congress Amended The A.D.A in 2008 Specifically To Over Turn The Courts incrrect Analyses And Constru-Ction. Congress intentionally Over-Ruled The U.S Supreme Courts * De-Finitions Of Disgbility Rejecting Sutton V United Air Lines Inc 527 U.S 471 119 S.Ct 2139, 144 (9) LEd 2d 450 (1999).*

and Toyota Motor Manufacturing Kentucky Inc, V, Williams 534 US, 184, 122 SCT 681, 151 L Ed 2d 615 (2002) — Under The Amendment Act Congress Made Clear its intent To Provide The Protections To The disabeled of Broad Coverage To The maximim extent

(11) Plaintiff is Disabled in Several Contexts Under The ADA & RA, He has Been Diagnosed and Treated for Both Physical and Mental Health Disorders By The Veterans Ad Ministration [V,A.]. These Disorders Qualify as Disabilitys and Serious medical Needs which Af- -fect his Major life Actrities of Sitting Stand- -ing, walking, Sleeping, Thinking, Concentrating, Int- eracting with-others, eating. Said diagnosed disorders also effect his daily Quality of Life and have Been exacerbated By Their not bei- -ng properly Treated and Not Treated at all,

(12) Plaintiff Suffers from Post Trama -TiC Stress Disorder [D/o] (P.T.S.D.) Chronic depression, Intermittent Explosive D/o, person- ality D/o, Chronic Pain, Do. Degenritive Disc D/o, With Ruptured, Bulging, and Compressed Black Disc's [Bone on Bone] [Hight loss] Vitamin-D def *

(10)

* Deficency., Cholelithiosis/Gallstones, Spleeno-Melgy/enlarged Spleen/, Furuculosis ect, all are affected By The Livers operation and Functions. As Physical impairments. and 3/12/02 (2)(B) Of The A.D.A. apply's and Defendants are required To Provide Reasonable accommodat--ions

13 Defendant DR Arnold is The Medical Director at EMCF employed By Centurion HealthCare L.L.C. He is The Policy Maker at This Facility. He is Over The Medical Care and has Refused To Consider Plai--ntiff's Requested Accommodations And has Not been Willing To follow The Requierment of The Interactive process of The ADAAA, OT,RA. refusing To Consider all The Knowledge Plaintiff has Gained in Over Twenty years of reading Study and information Provided To him By his V.A. PsyChiatrist DR Edward Harvey. Def-endant DR Arnold Uses Pletxual - reasons To Deny Plaintiff Adequate Pain Control and Management By Not prescribing The Proper Adequate Dosage Of Ultram Which Will Con--Trol plaintiffs Serious Daily pain. ** DR ___ ___ *

(11)

-* Arnold has repeatedly Told Plaintiff at Every encounter & Chronic Care Visit That Plaintiffs Liver is fine and The liver enzyme Test are Normal, — ** And Then Reduced The Plaintiffs Ultram on The pretext That The Guidelines Call for A Max Dose of 100mg a Day, [* This is Not Factual in The proper Context, *] The Max Dose of Ultram is 400mg a Day But only 50mg 2x aday or 100mg a Day if The Patient has Sever Heptic Dysfunction. (See) (ICSI) Institute For Clinical Systems Improvement Health Care Guidelines. Pain: Assessment, Non-Opioid Treatment Approaches And Opioid Management (8th ed Aug 2017). (ICSI) Guideline (6th ed Nov 2013) and (ICSI) Guideline (6th ed mar 2008) (Acute pain) (2013) (Chronic pain) (2017) (Non opioid & opioid)

Under These Guidelines and With Plaintiffs specific needs it Clear That Defendant Arnold knows Less Then Plaintiff About Pain Manage ment and opioids, Hep-c and The need for Accommodations, Defendant has Not Based his Decisions on Sound Medical — — *

(12)

-- Judgement, has Not Told The Truth about Plaintiffs Liver Blood Test and Condiction, or Function of The Liver As related To Plaintiffs need for Pain management, (See Also exhibits Ultram)

(14) The Mississippi Dept of Corrections (MDOC); The State Has Contracted Management Train-ing Corp To operate The (EMCF) East Missis-sippi Correctional Facility A private Corporation. EM.C.F. is The Facility designated By The State For Housing its Most Seriously Mentally ill Prisoners. Which is being privately operated By M.T.C. -- M.T.C. has Sub Contracted Food Services To The Private Company Trinity Services Group Inc. (Trinity). M.D.O.C. has Also Contracted With Another Com-pany, Centurion of Mississippi LLC. (Centurion) To provide Medical and Mental health Care and Services at E.M.C.F.,

(15) Plaintiff is A qualified individual With Disabilities That require Accommodations Who is Being Denied The Service and benifits Of The Medical and Mental health Programs at E.M.C.F. The Prescription program at E.M.C.F. The Work programs at E.M.C.F. and The extra Cr-curicular activities. Plaintiffs Disabilities ---- *

(13)

* --- Are The Cause for The Violations of his rights To Medical and Mental health Care. Due To The Contractors Customs Practices That are so Widespread and Prevassive The Practices and Customs Are Defacto Policys At EMCF., The Contractor Centurion puts it Profits as Top priority over The Prisoners right To adequate Medical Care Required By our U.S. Constitutions Amendments (14) and (8) as Well as Mississippis Consitutions Provisions fegiting The Same

16 Centurion LLC. is Maintaining A Policy of or Custom and Practice Formulated To keep The Cost of Prisoner Care for The Prisoners To as little as Possible Causing The Standard of Care To Plummit Well Below The Care our Constitution -requires. (ie) Care Comprable To That He Would of recieved before incarceration for his individulized Needs and Treatments xxxx Plaintiffs Hep-c requires he recieve The Anti-Viral Drugs Availible To him Through his Veterans Administration and Centurions Custom Practice Policys of putting Their Profits over Plaintiffs Serious Medical need for Above Cited An- -Tiviral meds Put his Health and liver function an Significant unnecessary avoidable risk of Serious harm and unaceptable risk of Pre- -Mature Death, Helling, 509 U.S. at *35 --- *
(14)

* Centurions employees have Refused To Provide Accomodations of prescriptons of Adequate Meaningful Medications request By Plaintiff To Manage and Control his Chronic Depression, PTSD, and intermittit explosive Disorder, ** Plaintiff has Been Treated By The V.A. for many years he has Been Prescribed a Litiny of Medications in The years Passed from 1984-2013 Medications Which Were Tried and found Ineffective and Causing Many Side effects, Meds of The Psychotropic Class That Carry Significant Risk of harm and Toxicity To Plaintiffs Liver, and Possible life Threatening Complications.

(17) Plaintiffs request for Accommodations is reasonable, The Meds he has request have Proven effective Providing Control and Meaningful benifts for The above Cited Disability's in The Mental Health Context, -- His request for The Prescription Wellbutron has been Repeatedly Denied Beguining in Approximitly 2016 To Present 2019. Plaintiff Tried Several of The meds The providers wanted 911 of Them have Toxicity Risks, Each Was Ineffective and Caused -- **

(15)

(24) Defendant M.D.O.C. Commisoner Policia Hall is Vested With The responseibility Of Management and Control Of The Corrections System, all properties belonging ThereTo. She is Subject Only To limitations Of This Chapter and [Shall] be responsable for The Management and affairs Of Said Correction-al System, For The Proper Feeding, Clothing and Management Of all Offenders Confined Therein. * Miss Code Ann 47-5-23 * The Commisoner has The Duty and Authority To establish Policy Of M.D.O.C. * (§ 47-5-20) A Duty To implament and adminis-Ter The laws and policy related To The Corrections System * (§ 47-5-28 (9) *) To establish St-andards and exercise The requist Super-Vision as it relates To The Corrections programs Of all State Supported adult Corrections Fa-Cilities (* § 47-5-28(b) *); As Commisoner Defendant [Hall] (is) Ultimitly Responsable for Ensuring That any and all The prisons under The Jurisdiction of M.D.O.C. are op--erated in Compliance With Both State -- *

(24)

* And Federal Law. Defendant Commissioner Hall has repeatedly been made aware of the deficencies at this facility. She has personly inspected this facility on Numerous Occasions. She at all Times has acted under The Color of law and in violation of the ADA and RA.

(25) Defendant Jerry Williams is M.D.O.C's Deputy Commissioner for Institut-ions [D.C.I.] He is by law responsible for The Administration of institutions, reception and diagnostic Centers, Prerelease Centers and other Facilities and Programs Provided There-in, he is The Chief exeutive officer over The division of institutions (* 47-5-26 *) He is responseable for all of MDOC's Facil-ities, including EMCF. He is responible also for Classification, records, Training, agriculture, food Services department, The Training Dept Ver-tually almost every thing as far as it goes for The institutional division. Defendants Position In-volves inspection of The Facilities, *including* E. M.C.F., Defendant is well aware of The ongoing and Continuing Deficincies at E.M. C.F. and he has (25) Failed To _ _ _ _ *

* Take reasonable steps To remedy The Serious risk of harm set forth above and below By Plaintiff. Defendant at all Times has Act-ed Under The Color of law both State and federal.

**(86)** Defendant Gloria Perry is The Chief Medical Officer For M.D.O.C. She leads The Departments office of medical Compliance. She is a Board Certified Family medicine Physician, The Senior Medical officer of The Department She reports directly To The Commissioner defendant Hall, Her duties include Being responsable for all Specialty Care provided To Prisoners in The Custody and Care of The Department [M.D.O.C.], her Duties also include Investigating and responding To Prisoner Complaints of inadequat Care, reviewing Summaries of Any Prisoners who Die While in Custody, Dr Perry re Views and Signs off her approval of all M.D.O.C. policies related To health Care. She at all Times has Acted Under The Color of law, Both State and Federal. *

* -- Law:            (26)

(27) MTC A Private Company Contracted By MDOC. Tasked With The Duty Of Control and Custody By The State is Jointly Causing Denial of plaintiffs Rights.

(28) John-Jane Doe Corrections officers lack Proper Training, False Reporting, forged plaintiffs Signiture and have agreed Together To Violate Said rights, have impeeded Access To Medical Care and enterfeard With Treatment Prescribed, they harrass and Attempt To intmidate.

(29) Jane Doe Nurses have falisfied Medical Record and Medication Administration Records forged Plaintiffs signiture on refusal forms Delayed Access To Care, The Medical Records have been found To be unReliable By experts in The feitd of Correctional Medical Care.

(30) Plaintiffs Physical Serious Needs have been left untreated or under Treated and his mental Health need also Serious needs Are not Being Treated at All

(27)

(31) Govenor Phil Bryant The Chief Law Maker for The State of Mississippi Has not Enfored The Americans With Disabilitys Act As it relaes To The M.D.O.C and its Contracted Entities Making Relief Availible To Plaintiff under Title II And III of Said Act,

(32) Trinity A private Company Contracted To provide food Services At EMCF Waters Down food Short Serves food Causing Plaintiff To be Deprived of Balanced Nutrion has Cased Plaintiff To lose Approximitly 28 To 30 Lbs, To lose Muscle Mass, To Suffer Physical Hunger Pains Daily These Customs & Practices by Trinity Case All The Prisoners at EMCF To Be Deprived of The Same,

(33) The exhibits Cited in This Pleading Will be Submitted at a later Date or if The Court request Them

Respectfully Submitted The 31st of Oct 2019 Under Penalty of Parjury By

John Hale
Pro-se

(28)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

Continuing and Ongoing from one Provider To The Next, Dr Arnold Took over I believe in 2017-18

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See statement of Claim at (1) Listing all Defendants and allegations.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Physical Pain of a Substand Nature Daily Suffering That at Times is Delibitating and Torturious, Pain That is Constent and Serious on a 1 To 10 Scale is alway 6-7 and often 9-10 Above  Weight loss loss of Muscle Mass Ongoing Danger To future Liver health Kidney Health, Spleen, GallBlader

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Declartory Relief, Injunctive Relief Providing Accommodations and Anti Viral Medications That have a 95% Cure Rate Compesatory Damges of one Million $ 100,000,000, another $250,000, from each Defendant, Punitive Damages of $500,000 ,000 from each Defendant,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought
with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined
in any jail, prison, or other correctional facility until such administrative remedies as are available are
exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not
exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes    *See A.R.P Records in MCF Custody*

☐ No    *and Control Also There are No Remedys*

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the
events giving rise to your claim(s).

*available at This Facility as The Defendants Intentionally Make Them unavailble*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance
procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose
cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*all My Claims, I have Filed over 100 one hundred A.R.P Requests Not one Time has Relief been Provided Thay are arbitraly Rejected at Step 0,*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   At EMCF

2. What did you claim in your grievance?

   Continues ongoing Denial of Adequate Medical Care and Mental Health Care

3. What was the result, if any?

   None Treatement and Under Treatment of Chronic Serious daily Pain, Denial of a Safe Effective Anti-Depressant, Denial of Accomo-

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   dations for Hep-c virus and Liver function Denial of Accesses To The Prescription Program and Food Serive Programs Due To Inadequate Diet To Maintain Weight Muscle Mass for Exersizing,

   (See) Attached

Page 7 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance: *yes ~ Over Onehundred from 2014 to Present*

1.    If there are any reasons why you did not file a grievance, state them here:

*Any Remedy's Are Made unavailibe Thru Custom Practice Policys*

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*The Staff, Private Prison employees, Wardens ect. Refuse To make Any Relief Availible*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No    *(See) Fifth Circuit order Dated May 6, 2019 Document 514943803 (1 Thru 4)*

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**A.** Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

**B.** If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s)   *Hale V. Harrison Co, Bd of Supv, et al 1:03-cv-840*
      Defendant(s)

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      *Southern Dist of Mississippi Gulfport*

   3. Docket or index number
      *1:03 cr 840 LG JMR*

   4. Name of Judge assigned to your case
      *Louis Garolia John M. Roper*

   5. Approximate date of filing lawsuit
      *(2003)*

   6. Is the case still pending?

      ☐ Yes

      ☒ No

      If no, give the approximate date of disposition. *2007*

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      *Settled for undisclosed sum*

**C.** Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? *yes, Hale V State of Ms 2:06-cv-245*

*MTP*

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) John Hole
   Defendant(s) State of Ms et al.

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number
   2:06-CV-245-MTD

4. Name of Judge assigned to your case
   Mike Parker

5. Approximate date of filing lawsuit
   2006

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition Litigated from 2006-2013 missed Briefing Becase The Record Was held By Wifes Daughter never Given To Me

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Reversed & Remanded in 2011, Halevting 5th Cir

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff        *John Hale*

Printed Name of Plaintiff    *John Ashley Hale*

Prison Identification #    *# 24720*

Prison Address    *EmcF 1064 Hwy 80  W*

*Meridian*        *MS*    *39307*

City        State    Zip Code

### B.    For Attorneys

Date of signing:    *Oct 31 2019*

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

            City        State    Zip Code

Telephone Number

E-mail Address

:- unmanagable horrible Side effects and No ben-
ifit, -* Plaintiffs V.A, records * Harrison County Jail
-records Show years of Wellbutrin Prescription, with
No side effects No Signes of Abuse or misuse *** The
Defendants refusal To even Consider An Accommoda-
Tion in This Context Violates The ADA Dening Plaintiff
access of The prescription Program at EmcF (See)
United States V Georgia 126 S.ct of *881

(18) Defendants Refusal To Consider Plaintiffs req-
uested Accommedation of a benzodiazine ** Clonz-
-apam or Xanax To Manage and Control his,
Symptons from PtsD, and intermittil explosive D/o
Cause him Denial of The Benifits Of The prescr-
-iption Program at EmcF __ Those Tried or
Suggested By Defendants Mental health Providers
had Previously Proven Ineffective, Caused Serious
side effects and Are Toxic and Harmful TO
Plaintiffs liver, __ Those requested have been pre-
-scribed To Plaintiff, have Proven To be effective,
With No side effects, and years of No signs
of Abuse or misuse, Clean Approprate Urin Tests
     Thesefacts Hold True for every medication
Plaintiff requsted To Accommodate his Livers __*
                    (16)

* Functions and operation Under § 12102(2)(B)

(19)   Plaintiff Seeks Declaratory and injuntive Relief As A remedy, Declarin That MDOC, its Contractors Agents and employees are required To provide meaniful Access To Those Prescriptions Needed To Accommodate plaintiffs liverfunctions and its major life Activities of processing Every food, Drug, Chemical That enters The body and Plaintiff has rights under The ADA, RA, The 14th and 8th Amendments of our U.S. Constitution Mississippi's Const, and State Tort Law & Comonlaw, A Declaration That Defendants Violated his Rights In Their Dogged Continues Ongoing Denial of his requested Accommodations and Their Dogged insistence, in Prescribing or recomm-ending The more Risky Toxic Medications Plaintiff Seeks To Protect his liver health. From, Declaring Said Toxicty Threat of harm is Unnacceptable To Society The, Plaintiff and all Prisoners With Hep-c and Comorbities Similir To plaintiffs

(20)   Plaintiff Seeks An injunction or T.R.O, Ording Testing and Consideration
(17)

* Needed for The Provision of The Anti Viral meds Which have a 95% Percent Cure rate Testing To find Which Anti Viral Medication is Appropiated For Plaintiff,

(21) Plaintiff has been Contuiously denied his regusted Accommodation Of Adequate nut-rition, a High Protien Diet Which is a regus-enable requested Accommodation when Considered in The Context of his Hep-c, age, Build, and his High Motabalizm. And The fact That his Waight Upon arrival at EMCF Was 195 Lbs he had good Muscle Tone and Mass -- But has lost Significant Waight Droping To 149 Lbs at The Lowist Point and Never gaining Back his Healthy Waight The Most high Being 160 Lb, -- The fact That he eats left over Vegtables off meal -- whatever he Can Salvage from Trays in The Garbage Cans, he is hungery all The Time and looks emaciated, Trinitys meals Are Mainly Starchs and Carbohidrates Lacking The adequet Protien needed for Plaintiff To regain his Mus-cle Mass and Ability To exersize. This denial and refusl To Consider Plaintiffs reg-uest for Centurions Providers; DR Arnold and The Nurse Practioners To order Plaintiff

(18)

-- A Prescription High Protien Diet Tray Violates The ADAAA, and The U.S. Constitution. Every request
- ed Accommodatin is reasonable and Not Costly And Defendants Continues and ongoing Denial Of Them month After month and year after year has Cause Plaintiff To Suffer Significant and Often Debilitating Pain That Could Be easely Managed and Controled By Providing Plaintiffs regested Vary reasonable Accommodation of An Opioid Pain Management prescription, plaintiffs request for ultram is Vary reasonable in Light of The Fact That Ultram was Classified as A Non-opoid and a reasonable alternitive in The ICSI Clinical Guidlines 26th ed 2008, for Acute pain, it --

- Was Re Classified As An opioid Because a Certin Type Of SubStance Abusing Individuals Abused it To Some degree or Another and Some people Working at The C.DC, Who Are opiophobic and Not looking at Both Sides Of The Story on The So Called opioid Crisis, ** Sure There have been Significant Number on The Death Toll Side of The Coin its Sad and deserves atention haw-ever Not at The expense and Dire Suffer--ing Of The Millions Of Legitimate Chronic Pain Patients Who Do not Become Addicted __ *

(19)

※ Do Not Abuse or Misuse These opiord Meds. ✱✱ Plaintiff is Such a Chronic Pain Patient and Appropriately Used The Meds To Control and Mannage his Chronic, Moderate To Sever Pain So he Could Work and have improved quality Of Life. So he Can Protect his Liver fuction and Health from The harmful Damage and Toxicity of The Non-opiords like Asprin, Tylenol, Antr-Convulsonts and a Litiny of Others, -- The opioids Due Not have The Toxicity Danger of harm To Plaintiff Bodily Organs And functions (See) D.R. Jennifer P. Schneider, M.D. PhD. ✱✱ Debunking The Myths That Prevent Physicians from Prescribing These agents., Titled ✱ "Rational"✱ Use of Opioid Analgesics In Chronic Musculoskeletal Pain. Supra note 292 at ✱ /46 Published April 2010. (See) 9/10. Avoiding Misconceptions in Pain Mannage-ment: Medscape May 11, 2017. http://WWW.Medscape.Org/View article/ 418521. The, Plaintiffs Requested Ultram is Not What he Would Prefer as its Weak and only Takes The edge off his Pain and he would Prefer To Take Morphine Sulfate 30 mg Tabs Tid With 2mg Hydromorphne 2mg Tid for Brake Through Pain (See) V.A. Long Beach Cal Medical Record Notes ε Consults, (exhibited), (20) These Meds Are ---

:= effective Reducing Plaintiffs Normal Pain rating from Daily 6 To 7 on The **1** To 10 To 2 and 3 allowing Plaintiff To function and improving his quality of Life Imensily, however he Did not think he had a Chance in hell at Recieving These Two Meds in The Prison System Not when Defendants Opiophobia Makes Them Act like No rational person Educated in Pain management would deny- -ing Plaintiff Access To a Schedule IV, or V. Medication One of The least likely To be Abused Listed By The **I.C.S.I** Guidelines for Chronic Pain (6th ed NOV 2013   As -- Tramadol is a weak MU-opioid agonist and is also a Serotonin & norepinephrine reuptake inhibitor -- Dosage limit 400 mg per day. Plaintiff requested 300 mg a day as his Accommodation **\*\*** 300 mg per day has proven To allow Plaintiff Some Pain Relief and Some improved Function and quality of life, Plaintiff Request for Accommodat -ions Which involed Controled Subtances is rea- sonable (See) 21 U.S.C. § 801, Congressional findings and Declarations: No(1) of §801 States The Congress Makes The following finding & Declaration at(1) \* Many of The Drugs Included in This Title have At is seful and Legitimate Medical Purpose and are ----- \*

(21)

<u>Necessary</u> * To Maintain The health and General welfare of The American People

Plaintiff Presented Authenticated Medical Records That Contain Objective Concreat evidence Of his legitimate Necessary Need for The Accommodations and objective evidence of The Reasonableness of his Requests, (See) V,A Medical Records exhibited With Motion- Request for insurction T.R.O, and This Complaint,

(22) Defendant Coulters Dogged persistance of Adhearence To The Blanket Policys Of Denial of Adequate affetive presription Med Which have Proven Safe & affective for Plaintiff is Not Based on any Informed Knowledgable Medical Judgement (See) exhibit ** Pain Treatment Topics - opioid Safety in Renal and Heptic Dysfunction --

Actually Recomending The Two meds That Plaintiff Cited Above As his first Choices in Pain Meds as a Good Starting Point for Those patients who do have The Isse of --- *

(22)

※ Heptic Dysfunction Defendant Arnold uses as The Pretexual Reason for Denying Adequate Dosages of Ultram ※ Q13 discusing The Importance of understanding Alterd metabolism and elimination of meds Every Thing By The liver Hep-C, alters Liver Function By it Self That Why The Accommoditions are So Important See And Please Take Close scrutiny of This exhibit (1) & (2) under The Courts Discretion To Take Judical Notice of said exhibt.

(23) Defendants Denial of Adequate Pain meds Dosage is Pretexual if Plaintiff liver had failed And become Sever he Would be in Much more Danger of Death, Defendants Denial of Accommodations Does affect The Plaintiff Daily Major Life Activities Cite above.

Plaintiff Should be Provided The Antiviral meds To Cure his Hep-C Before its To Late, and Permenit irreprable Damage is Done To his Liver or Cancer Killshim,

(23)