```
                  UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
                        NORTHERN DIVISION
```

JOHN ASHLEY HALE                                             PLAINTIFF

VS.                                   CIVIL ACTION NO. 3:19CV813TSL-RPM

DR. PATRICK ARNOLD, ET AL.                                  DEFENDANTS

## ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert P. Myers, and the court, having fully reviewed the report and recommendation entered in this cause on December 29, 2020, and being duly advised in the premises and there being no objection filed by any party, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert P. Myers entered on December 29, 2020 be, and the same is hereby adopted as the finding of this court. It follows that the motion to dismiss filed by defendant Trinity Food Service is denied.

SO ORDERED this 26th day of January, 2021.

```
                              /s/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE
```