UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN ASHLEY HALE                                                   PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:19CV813TSL-RPM

DR. PATRICK ARNOLD, ET AL.                                        DEFENDANTS

ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert P. Myers, and the court, having fully reviewed the report and recommendation entered in this cause on November 17, 2022, and being duly advised in the premises and there being no objection filed by any party, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert P. Myers entered on November 17, 2022 be, and the same is hereby adopted as the finding of this court.  It follows that defendants' motions for summary judgment are granted, such that plaintiff's 42 U.S.C. § 1983 prisoner civil rights complaint is dismissed with prejudice as to all claims and all defendants.[1]

---

[1]   The court notes that even were it in error as to the merits of plaintiff's claims, it would nonetheless dismiss without

    A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED this 4th day of January, 2023.

                                      _/s/ Tom S. Lee_____
                                      UNITED STATES DISTRICT JUDGE

---

prejudice plaintiff's medical care claims relating to hepatitis C and mental health treatment based on his failure to exhaust administrative remedies.